Form 154A

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

6

In re:    Bankruptcy Case No.: 18−23513−CMB

Chapter: 13

**Leonard J. Rose**
**aka Lenny Rose**    Pamela Rose
   Debtor(s)

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **November 13, 2018**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**
  U.S. Bankruptcy Court
  c/o CLAIMS CLERK
  5414 U.S Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

Michael R. Rhodes
*Clerk, U.S. Bankruptcy Court*

Dated: 9/5/18

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                     Case No. 18-23513-CMB
Leonard J. Rose                                                            Chapter 13
Pamela Rose
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin                Page 1 of 1              Date Rcvd: Sep 05, 2018
                              Form ID: 154A              Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2018.
db/jdb         +Leonard J. Rose,    Pamela Rose,    P.O. Box 331,    Acme, PA 15610-0331
14909904       +Credit Acceptance Corp.,    Silver Triangle Building,    25505 West Twelve Mile Road--Suite 3000,
                 Southfield, MI 48034-8331
14909906        Fay Servicing,    P.O. Box 809441,    Chicago, IL 60680-9441
14909908       +Fayette County Tax Claim Bureau,    c/o Sheryl R. Heid, Esq.,    4 North Beeson Boulevard,
                 Uniontown, PA 15401-3438
14909907       +Fayette County Tax Claim Bureau,    Fayette County Courthouse,    61 East Main Street,
                 Uniontown, PA 15401-3514
14909909       +KML Law Group,    Suite 5000 BNY Mellon Independence Ctr.,    701 Market Street,
                 Philadelphia, PA 19106-1538
14909914        Western PA Anesthesia Associates,    P.O. Box 643483,    Pittsburgh, PA 15264-3483
14909915       +Wilmington Savings Fund Society, FSB,    Trustee for the Primestar-H Fund 1 Trust,
                 5680 Greenwood Plaza Blvd.--Suite 100S,    Englewood, CO 80111-2404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14909901        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 06 2018 02:19:50      Capital One,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
14909902        E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Sep 06 2018 02:19:09
                 Capital One Auto Finance,    P.O. Box 260848,    Plano, TX 75026-0848
14909905       +E-mail/Text: abovay@creditmanagementcompany.com Sep 06 2018 02:17:14
                 Credit Management Company,    2121 Noblestown Road,    P.O. Box 16346,
                 Pittsburgh, PA 15242-0346
14909910       +E-mail/Text: bankruptcy@sccompanies.com Sep 06 2018 02:17:44       Montgomery Ward,
                 3650 Milwaukee Street,    Madison, WI 53714-2304
14909911        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 06 2018 02:19:06
                 Portfolio Recovery,    130 Corporate Boulevard,    Norfolk, VA 23502
14909912        E-mail/Text: bankruptcy@bbandt.com Sep 06 2018 02:16:32       Sheffield Financial,
                 6010 Golding Center Drive,    Winston Salem, NC 27103-9815
14909903        E-mail/Text: bankruptcy@sccompanies.com Sep 06 2018 02:17:44       Through the Country Door,
                 1112 7th Avenue,    Monroe, WI 53566-1364
14909913        E-mail/Text: bankruptcy@firstenergycorp.com Sep 06 2018 02:17:00       West Penn Power,
                 P.O. Box 16001,    Reading, PA 19612-6001
                                                                                                TOTAL: 8

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2018 at the address(es) listed below:
              Daniel R. White    on behalf of Joint Debtor Pamela  Rose dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Debtor Leonard J. Rose dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4