IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 18-23513 CMB |
| | : | |
| Leonard J. Rose and Pamela Rose, | : | Chapter 13 |
| | : | |
| Debtors, | : | Document No. 13 |
| | : | |
| Leonard J. Rose and Pamela Rose, | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | Motion to Extend Time for Filing |
| No Respondents. | : | Schedules and Chapter 13 Plan |

## ORDER

And now, this __12th__ day of __September__, 2018, the time for Debtors to file their schedules and Chapter 13 plan is hereby extended until September 28, 2018.

Prepared by Daniel R. White, Esq.

By the Court,

_Carlota M. Böhm_.
United States Bankruptcy Judge    **dmr**

FILED
9/12/18 12:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Leonard J. Rose  
Pamela Rose  
    Debtors

Case No. 18-23513-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: aala                    Page 1 of 1                  Date Rcvd: Sep 12, 2018
                                Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2018.
db/jdb          +Leonard J. Rose,    Pamela Rose,    P.O. Box 331,    Acme, PA 15610-0331

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2018 at the address(es) listed below:
      Daniel R. White    on behalf of Joint Debtor Pamela  Rose dwhite@zeblaw.com,
       gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
      Daniel R. White    on behalf of Debtor Leonard J. Rose dwhite@zeblaw.com,
       gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
      James  Warmbrodt    on behalf of Creditor    Fay Servicing as servicer for Wilmington Trust,
       National Association, not in its individual capacity, but solely as trustee for MFRA Trust
       2015-1 bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                    TOTAL: 5