SOCIAL SECURITY ADMINISTRATION

Date: August 29, 2018
BNC#: ~~18PC531P18375~~
REF: A ,DI

LEONARD J ROSE
PO BX 331
ACME PA 15610-0331

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

Beginning December 2017, the full monthly
Social Security benefit before any deductions is......$ 917.10

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is........$ 917.00
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third Wednesday of each month.

Type of Social Security Benefit Information

You are entitled to monthly retirement benefits.

SUSPECT SOCIAL SECURITY FRAUD?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

SOCIAL SECURITY ADMINISTRATION

```
                                        Date: August 30, 2018
                                        BNC#: ███████████
                                        REF: A
```

PAMELA ROSE
BOX 331
ACME PA 15610-0331

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

Beginning December 2017, the full monthly
Social Security benefit before any deductions is......$ 987.10

We deduct $127.00 for medical insurance premiums each month.

The regular monthly Social Security payment is.......$ 860.00
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

Date of Birth Information

The date of birth shown on our records is November 21, 1953.

Other Important Information

OUR RECORDS SHOW THAT YOU BECAME DISABLED ON 10/01/92.

Medicare Information

You are entitled to hospital insurance under Medicare beginning March 1995.

You are entitled to medical insurance under Medicare beginning March 1995.

Your Medicare number is ███████████. You may use this number to get medical services while waiting for your Medicare card.

If you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

# Payment History Inquiry Screen (TINQ) Process is: Payment History Inquiry

**File**  **Help**

File Number: _____
Name: LEONARD J ROSE
C&P Award-VETSNET

Last Activity: 08/01/2018
Payee: 00
Last Microfiche: 12/01/2009
Prior Microfiche: 08/01/2007

Historical Payment Information

## Payment Data

| Select | Type | Amount | Pay Date | Routing Code | Address Line One | Address Line Two | Zip Code | RO | Paid By |
|--------|------|--------|----------|--------------|------------------|------------------|----------|-----|---------|
| ☐ | Regular | $3,139.67 | 08/01/2018 | *****3133 | ************ | | | 311 Pittsbu | Corporate |
| ☐ | Regular | $3,139.67 | 06/29/2018 | *****3133 | ************ | | | 311 Pittsbu | Corporate |
| ☐ | Regular | $3,139.67 | 06/01/2018 | *****3133 | ************ | | | 311 Pittsbu | Corporate |
| ☐ | Regular | $3,139.67 | 05/01/2018 | *****3133 | ************ | | | 311 Pittsbu | Corporate |
| ☐ | Regular | $3,139.67 | 03/30/2018 | *****3133 | ************ | | | 311 Pittsbu | Corporate |
| ☐ | Regular | $3,139.67 | 03/01/2018 | *****3133 | ************ | | | 311 Pittsbu | Corporate |
| ☐ | Regular | $3,139.67 | 02/01/2018 | *****3133 | ************ | | | 311 Pittsbu | Corporate |
| ☐ | Regular | $3,139.67 | 12/29/2017 | *****3133 | ************ | checking | | 311 Pittsbu | Corporate |
| ☐ | Regular | $3,078.11 | 12/01/2017 | *****3133 | ************ | checking | | 311 Pittsbu | Corporate |
| ☐ | Regular | $3,078.11 | 11/01/2017 | *****3133 | ************ | checking | | 311 Pittsbu | Corporate |
| ☐ | Regular | $3,078.11 | 09/29/2017 | *****3133 | ************ | checking | | 311 Pittsbu | Corporate |
| ☐ | Regular | $3,078.11 | 09/01/2017 | *****3133 | ************ | checking | | 311 Pittsbu | Corporate |
| ☐ | Regular | $3,078.11 | 08/01/2017 | *****3133 | ************ | checking | | 311 Pittsbu | Corporate |
| ☐ | Regular | $3,078.11 | 06/30/2017 | *****3133 | ************ | checking | | 311 Pittsbu | Corporate |
| ☐ | Regular | $3,078.11 | 06/01/2017 | *****3133 | ************ | checking | | 311 Pittsbu | Corporate |
| ☐ | Regular | $3,078.11 | 05/01/2017 | *****3133 | ************ | checking | | 311 Pittsbu | Corporate |
| ☐ | Regular | $3,078.11 | 03/31/2017 | *****3133 | ************ | checking | | 311 Pittsbu | Corporate |

## Returned Payment Data

| Type | Amount | Issue Date | Cancel Date | Check/Trace No | Reason | RO | Paid By |
|------|--------|------------|-------------|----------------|--------|-----|---------|

Clip Selected Line(s) For Form FL 4-340

[Print Screen]  [New File Number]  Ready  Production  08/30/2018  8:13 AM  Exit

DAVRAYMT    RAYMOND THOMAS    08/30/2018 8:13:31 AM