Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Leonard J. Rose**
**aka Lenny Rose**
**Pamela Rose**
   Debtor(s)

Bankruptcy Case No.: 18–23513–CMB
Related to Dkt. No. 36
Chapter: 13
Docket No.: 37 – 36
Concil. Conf.: January 16, 2020 at 11:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **November 4, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

### OR

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **November 18, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **January 16, 2020** at **11:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: September 19, 2019                            Carlota M. Bohm
                                                                                           United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

### INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-23513-CMB
Leonard J. Rose                                                       Chapter 13
Pamela Rose
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel               Page 1 of 2              Date Rcvd: Sep 19, 2019
                              Form ID: 410             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2019.
db/jdb         +Leonard J. Rose,    Pamela Rose,    P.O. Box 331,    Acme, PA 15610-0331
cr             +Credit Acceptance Corporation,    25505 W. 12 Mile Road, Ste 3000,    Southfield, MI 48034-8331
14909904       +Credit Acceptance Corp.,    Silver Triangle Building,    25505 West Twelve Mile Road--Suite 3000,
                 Southfield, MI 48034-1846
14922984       +Direct TV,    P.O. Box 5007,    Chicago, IL 60680-5004
14909906        Fay Servicing,    P.O. Box 809441,    Chicago, IL 60680-9441
14931138        Fay Servicing, LLC,    Bankruptcy Department,    PO Box 814609,    Dallas, TX 75381-4609
14909908       +Fayette County Tax Claim Bureau,    c/o Sheryl R. Heid, Esq.,    4 North Beeson Boulevard,
                 Uniontown, PA 15401-3438
14909907       +Fayette County Tax Claim Bureau,    Fayette County Courthouse,    61 East Main Street,
                 Uniontown, PA 15401-3514
14909909       +KML Law Group,    Suite 5000 BNY Mellon Independence Ctr.,    701 Market Street,
                 Philadelphia, PA 19106-1538
14909914        Western PA Anesthesia Associates,    P.O. Box 643483,    Pittsburgh, PA 15264-3483
14909915       +Wilmington Savings Fund Society, FSB,    Trustee for the Primestar-H Fund 1 Trust,
                 5680 Greenwood Plaza Blvd.--Suite 100S,    Englewood, CO 80111-2404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 20 2019 02:43:28
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14909901        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 20 2019 02:44:16     Capital One,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
14909902        E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Sep 20 2019 02:43:32
                 Capital One Auto Finance,    P.O. Box 260848,    Plano, TX 75026-0848
14928775       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 20 2019 02:43:28
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
14909905       +E-mail/Text: bdsupport@creditmanagementcompany.com Sep 20 2019 02:32:04
                 Credit Management Company,    2121 Noblestown Road,    P.O. Box 16346,
                 Pittsburgh, PA 15242-0346
14909910       +E-mail/Text: bankruptcy@sccompanies.com Sep 20 2019 02:32:27     Montgomery Ward,
                 3650 Milwaukee Street,    Madison, WI 53714-2304
14909911        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2019 02:59:26
                 Portfolio Recovery,    130 Corporate Boulevard,    Norfolk, VA 23502
14947408        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2019 02:43:28
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14909912        E-mail/Text: bankruptcy@bbandt.com Sep 20 2019 02:31:28     Sheffield Financial,
                 6010 Golding Center Drive,    Winston Salem, NC 27103-9815
14924159        E-mail/Text: bankruptcy@bbandt.com Sep 20 2019 02:31:29     Sheffield Financial,   PO Box 1847,
                 Wilson, NC  27894-1847
14909903        E-mail/Text: bankruptcy@sccompanies.com Sep 20 2019 02:32:27     Through the Country Door,
                 1112 7th Avenue,    Monroe, WI 53566-1364
14909913        E-mail/Text: bankruptcy@firstenergycorp.com Sep 20 2019 02:31:49     West Penn Power,
                 P.O. Box 16001,    Reading, PA 19612-6001
14933575       +E-mail/Text: bankruptcy@firstenergycorp.com Sep 20 2019 02:31:49     West Penn Power,
                 5001 NASA Blvd.,    Fairmont, WV 26554-8248
                                                                                               TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Fay Servicing as servicer for Wilmington Trust, Na
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: jhel                Page 2 of 2          Date Rcvd: Sep 19, 2019
                              Form ID: 410              Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2019 at the address(es) listed below:
          Daniel R. White    on behalf of Plaintiff Leonard J. Rose zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          Daniel R. White    on behalf of Joint Debtor Pamela  Rose zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          Daniel R. White    on behalf of Debtor Leonard J. Rose zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          James  Warmbrodt     on behalf of Creditor    Fay Servicing as servicer for Wilmington Trust,
           National Association, not in its individual capacity, but solely as trustee for MFRA Trust
           2015-1 bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7
```