Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Leonard J. Rose** | : | Case No. 18−23513−CMB |
| **aka Lenny Rose** | : | Chapter: 13 |
| **Pamela Rose** | : | |
| *Debtor(s)* | : | |
| | : | Per Doc No. 37 |
| | : | |

### ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 13th of January, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 18-23513-CMB
Leonard J. Rose                                                 Chapter 13
Pamela Rose
          Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: lmar                  Page 1 of 2              Date Rcvd: Jan 13, 2020
                              Form ID: 309                Total Noticed: 24
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2020.
db/jdb         +Leonard J. Rose,    Pamela Rose,    P.O. Box 331,   Acme, PA 15610-0331
cr             +Credit Acceptance Corporation,    25505 W. 12 Mile Road, Ste 3000,    Southfield, MI 48034-8331
14909904       +Credit Acceptance Corp.,    Silver Triangle Building,    25505 West Twelve Mile Road--Suite 3000,
                 Southfield, MI 48034-1846
14922984       +Direct TV,   P.O. Box 5007,    Chicago, IL 60680-5004
14909906        Fay Servicing,    P.O. Box 809441,   Chicago, IL 60680-9441
14931138        Fay Servicing, LLC,    Bankruptcy Department,    PO Box 814609,   Dallas, TX 75381-4609
14909907       +Fayette County Tax Claim Bureau,    Fayette County Courthouse,    61 East Main Street,
                 Uniontown, PA 15401-3514
14909908       +Fayette County Tax Claim Bureau,    c/o Sheryl R. Heid, Esq.,    4 North Beeson Boulevard,
                 Uniontown, PA 15401-3438
14909909       +KML Law Group,   Suite 5000 BNY Mellon Independence Ctr.,    701 Market Street,
                 Philadelphia, PA 19106-1538
14909914        Western PA Anesthesia Associates,    P.O. Box 643483,    Pittsburgh, PA 15264-3483
14909915       +Wilmington Savings Fund Society, FSB,    Trustee for the Primestar-H Fund 1 Trust,
                 5680 Greenwood Plaza Blvd.--Suite 100S,    Englewood, CO 80111-2404
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: AISACG.COM Jan 14 2020 07:43:00     Capital One Auto Finance, a division of Capital On,
                 4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
14909901        EDI: CAPITALONE.COM Jan 14 2020 07:43:00      Capital One,   P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
14909902        EDI: CAPONEAUTO.COM Jan 14 2020 07:43:00      Capital One Auto Finance,    P.O. Box 260848,
                 Plano, TX 75026-0848
14928775       +EDI: AISACG.COM Jan 14 2020 07:43:00     Capital One Auto Finance, a division of Capital On,
                 P.O. Box 4360,   Houston, TX 77210-4360
14909905       +E-mail/Text: bdsupport@creditmanagementcompany.com Jan 14 2020 03:00:37
                 Credit Management Company,    2121 Noblestown Road,    P.O. Box 16346,
                 Pittsburgh, PA 15242-0346
14909910       +EDI: CBS7AVE Jan 14 2020 07:43:00     Montgomery Ward,    3650 Milwaukee Street,
                 Madison, WI 53714-2304
14909911        EDI: PRA.COM Jan 14 2020 07:43:00     Portfolio Recovery,    130 Corporate Boulevard,
                 Norfolk, VA 23502
14947408        EDI: PRA.COM Jan 14 2020 07:43:00     Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14909912        E-mail/Text: bankruptcy@bbandt.com Jan 14 2020 02:59:57      Sheffield Financial,
                 6010 Golding Center Drive,    Winston Salem, NC 27103-9815
14924159        E-mail/Text: bankruptcy@bbandt.com Jan 14 2020 02:59:57      Sheffield Financial,   PO Box 1847,
                 Wilson, NC  27894-1847
14909903        EDI: CBS7AVE Jan 14 2020 07:43:00     Through the Country Door,    1112 7th Avenue,
                 Monroe, WI 53566-1364
14909913        E-mail/Text: bankruptcy@firstenergycorp.com Jan 14 2020 03:00:20      West Penn Power,
                 P.O. Box 16001,   Reading, PA 19612-6001
14933575       +E-mail/Text: bankruptcy@firstenergycorp.com Jan 14 2020 03:00:19      West Penn Power,
                 5001 NASA Blvd.,    Fairmont, WV 26554-8248
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Fay Servicing as servicer for Wilmington Trust, Na
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: lmar              Page 2 of 2            Date Rcvd: Jan 13, 2020
                              Form ID: 309            Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2020 at the address(es) listed below:
              Daniel R. White    on behalf of Plaintiff Leonard J. Rose zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Joint Debtor Pamela  Rose zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Debtor Leonard J. Rose zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    Fay Servicing as servicer for Wilmington Trust,
               National Association, not in its individual capacity, but solely as trustee for MFRA Trust
               2015-1 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7
```