**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

LEONARD J. ROSE
PAMELA ROSE
Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:18-23513

Document No.:

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/04/2018 and confirmed on 11/08/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 14,400.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 14,400.00 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 1,963.17 | |
| Trustee Fee | 667.70 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,630.87 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| WILMINGTON TRUST NA - TRUSTEE MRFA<br>Acct: 4503 | 0.00 | 6,909.23 | 0.00 | 6,909.23 |
| FAYETTE COUNTY TAX CLAIM BUR<br>Acct: 0258 | 113.29 | 0.00 | 0.00 | 0.00 |
| WILMINGTON TRUST NA - TRUSTEE MRFA<br>Acct: 4503 | 11,357.62 | 228.57 | 0.00 | 228.57 |
| SHEFFIELD FINANCIAL/B B & T*<br>Acct: 8282 | 1,000.00 | 221.19 | 25.00 | 246.19 |
| FAYETTE COUNTY TAX CLAIM BUR<br>Acct: 0258 | 150.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE - DIV CAPIT/<br>Acct: 6730 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP*<br>Acct: 6485 | 0.00 | 4,385.14 | 0.00 | 4,385.14 |
| | | | | 11,769.13 |
| Priority | | | | |
| DANIEL R WHITE ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Priority | | | | | |
| | LEONARD J. ROSE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | ZEBLEY MEHALOV & WHITE PC<br>Acct: | 3,500.00 | 1,963.17 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | | |
| Unsecured | | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL(<br>Acct: 8681 | 143.53 | 0.00 | 0.00 | 0.00 |
| | CAPITAL ONE AUTO FINANCE - DIV CAPIT/<br>Acct: 2467 | 2,150.39 | 0.00 | 0.00 | 0.00 |
| | THROUGH THE COUNTRY DOOR<br>Acct: 853O | 0.00 | 0.00 | 0.00 | 0.00 |
| | DIRECTV (*) - TRUSTEE PAYMENTS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | MONTGOMERY WARD(*)++<br>Acct: 829O | 0.00 | 0.00 | 0.00 | 0.00 |
| | MONTGOMERY WARD(*)++<br>Acct: 229O | 0.00 | 0.00 | 0.00 | 0.00 |
| | AIS PORTFOLIO SERVICES (AMERICAN INI<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | JAMES C WARMBRODT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | SHERYL HEID<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | WEST PENN POWER*<br>Acct: 0847 | 2,644.81 | 0.00 | 0.00 | 0.00 |
| | WESTERN PA ANESTHEIA ASSOC<br>Acct: 4757 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | PRA AG FUNDING LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | WILLIAM CRAIG ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAPITAL ONE AUTO FINANCE - DIV CAPIT/<br>Acct: 6730 | 10,827.42 | 0.00 | 0.00 | 0.00 |
| | SHEFFIELD FINANCIAL/B B & T*<br>Acct: 8282 | 9,860.28 | 0.00 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | | |

TOTAL PAID TO CREDITORS 11,769.13

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 12,620.91 |
| UNSECURED | 25.626.43 |

Date: 02/12/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com